# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br>   Plaintiff,<br><br>     v.<br><br>YAKAR CORP., et al.,<br>    Defendants. | CV 18-45 DSF (SSx)<br><br><br><br>JUDGMENT |

  The Court having granted a motion for summary judgment,

  IT IS ORDERED that judgment be entered in favor of Plaintiff on its breach of contract claim, that Defendants pay to the Plaintiff principal of $282,883.66 plus $16,510.52 in prejudgment interest, that Plaintiff's remaining claims be dismissed without prejudice, that Plaintiff recover attorney's fees incurred in this action as determined by motion, and that Plaintiff recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.


Date: September 17, 2018

               Dale S. Fischer
               United States District Judge