UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY, a New Hampshire corporation;<br><br>           Plaintiff,<br><br>vs.<br><br>YAKAR CORP., a California corporation; and MAKANA AMER, an individual,<br><br>           Defendants. | Case No. 2:18-cv-00045 DSF(SSX)<br><br>[Hon. Dale S. Fischer, District Judge]<br><br>**AMENDED JUDGMENT** |

      The Court having granted a motion for summary judgment in favor of Plaintiff The Ohio Casualty Insurance Company, and judgment having been entered on September 18, 2018, as follows:

      IT IS ORDERED that judgment be entered in favor of Plaintiff The Ohio Casualty Company on its breach of contract claim, that Defendants YAKAR Corp. and Makana Amer, jointly and severally, pay to the Plaintiff principal of $282,883.66 plus $16,510.52 in prejudgment interest, and that Plaintiff's remaining claims be dismissed without prejudice.

      The parties having stipulated,

IT IS FURTHER ORDERED THAT Plaintiff The Ohio Casualty Insurance Company recover attorney's fees of $11,100.00 incurred in this action, and that Plaintiff recover costs of suit of $400.00.

IT IS SO ORDERED.

DATED:  __October 9, 2018_____    _____
Dale S. Fischer
United States District Judge